IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
MICHELLE McGEE and          )
JAMES McGEE,                )
                            )
    Plaintiffs,             )
                            )     CIVIL ACTION NO.
    v.                      )       3:12cv491-MHT
                            )           (WO)
ROBERT COLSTON KEMP;        )
et al.,                     )
                            )
    Defendants.             )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 24), it is the ORDER, JUDGMENT, and DECREE of the court that defendants Robert Kemp and Robert Colston Kemp and the claims against them are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 24th day of June, 2013.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**